UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENE FERNANDEZ,

      Plaintiff,

                                        Case No. 1:26-cv-215

v.

                                        Hon. Hala Y. Jarbou

HOME DEPOT USA, INC.,

      Defendant.

_____/

## **ORDER**

On January 26, 2026, Magistrate Judge Sally J. Berens issued a report and recommendation that this pro se action be dismissed on screening for failing to state a claim.  (R&R, ECF No. 5.) The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on February 9, 2026.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 5) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

A judgment will issue in accordance with this Order.

Dated: February 17, 2026                /s/ Hala Y. Jarbou
                                          HALA Y. JARBOU
                                          CHIEF UNITED STATES DISTRICT JUDGE