UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENE FERNANDEZ,

     Plaintiff,

                                    Case No. 1:26-cv-215

v.

                                      Hon. Hala Y. Jarbou

HOME DEPOT USA, INC.,

     Defendant.

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is the magistrate judge's supplemental report and recommendation that plaintiff Gene Fernandez's first amended complaint be dismissed for failing to state a claim. (Suppl. R&R, ECF No. 17.)  Fernandez, to whom the R&R was sent on April 7, 2026, after a change of address, lodged no objection to the R&R's proposed disposition within the fourteen-day deadline.  Independent review of the R&R confirms its analysis is persuasive and its recommended outcome sound.  Accordingly,

     **IT IS ORDERED** that the supplemental R&R (ECF No. 17) is **APPROVED** and **ADOPTED** as the opinion of the Court.

     **IT IS FURTHER ORDERED** that Fernandez's motion to reopen the case (ECF No. 19) is **DENIED** as moot.

     A judgment consistent with this Order shall issue.

Dated: May 20, 2026                      /s/ Hala Y. Jarbou
                                     HALA Y. JARBOU
                                     CHIEF UNITED STATES DISTRICT JUDGE